| | |
|---|---|
| 1 | PAUL L. GALE (SBN 065873) |
| | paul.gale@troutmansanders.com |
| 2 | SIAVASH DANIEL RASHTIAN (SBN 228644) |
| | daniel.rashtian@troutmansanders.com |
| 3 | THOMAS H. PROUTY (SBN 238950) |
| | thomas.prouty@troutmansanders.com |
| 4 | TROUTMAN SANDERS LLP |
| | 5 Park Plaza, Suite 1400 |
| 5 | Irvine, CA 92614-2545 |
| | Telephone: 949.622.2700 |
| 6 | Facsimile: 949.622.2739 |
| 7 | JOHN R. GERSTEIN *(admitted pro hac vice)* |
| | jack.gerstein@troutmansanders.com |
| 8 | TROUTMAN SANDERS LLP |
| | 401 9th Street, N.W., Suite 1000 |
| 9 | Washington, D.C. 20004-2134 |
| | Telephone: 202.274.2950 |
| 10 | Facsimile: 202.274.2994 |
| 11 | Attorneys for Defendants |
| | NJOY, INC. and SOTERRA, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE<br><br>NJOY, INC. CONSUMER CLASS ACTION LITIGATION | Case No. CV 14-00428-MMM (RZx) consolidated with SACV 14-00427-MMM (RZx)<br><br>Honorable Margaret M. Morrow<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT**<br><br>Date: October 6, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom 780 |

22419889v2

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 6, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 780 of the above-entitled Court located at 255 E. Temple St., Los Angeles, CA 90012, Defendants NJOY, Inc. and Soterra, Inc. ("Defendants") will and hereby do move this Court for an order dismissing the Second Consolidated Amended Complaint (Dkt. 66) ("SCAC"), and each claim contained therein, filed by plaintiffs Ben Z. Halberstam, Eric McGovern, Kathryn Thomas and Paula Kolano (collectively, "Plaintiffs").

This Motion is made pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and is based on the following grounds:

- The SCAC is subject to Rule 9(b)'s heightened pleading standards; however, Plaintiffs failed to plead several key elements of their claims with particularity;
- By failing to allege which, if any, of the challenged advertisements that Plaintiffs' saw and upon which they relied prior to their respective purchases, Plaintiffs failed to plead their claims' requisite elements of reliance and causation;
- Plaintiffs' claims based on Defendants' affirmative statements fail as a matter of law, because the statements are generalized, non-specific and subjective, and therefore are non-actionable;
- Plaintiffs' claims based on Defendants' affirmative statements also fail as a matter of law under the "likely to mislead a reasonable consumer" standard;
- Plaintiffs' breach of express warranty claims fail because Plaintiffs fail to state the alleged warranties' exact terms;
- Plaintiffs' claims based on Defendants' alleged nondisclosures fail because Plaintiffs do not sufficiently allege that Defendants actually

22419889

- 1 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT

      knew whatever facts that Plaintiffs claim should have been disclosed; and

- Plaintiffs' claims based on Defendants' alleged nondisclosures also fail because Plaintiffs have not pled sufficient facts triggering a duty to disclose whatever facts Plaintiffs claim should have been disclosed.

    This Motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, and all pleadings and papers on file in this action and upon such other matters and arguments as may be presented to the Court prior to and at the time of the hearing.

    This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 16, 2014.

Dated: August 11, 2014            Respectfully submitted,

TROUTMAN SANDERS LLP

By: */s/ Paul L. Gale*
    Paul L. Gale
    Siavash Daniel Rashtian
    Thomas H. Prouty
    John R. Gerstein

Attorneys for Defendants
NJOY, INC. and SOTERRA, INC.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

22419889

- 2 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT