| | |
|---|---|
| 1 | PAUL L. GALE (SBN 065873) |
|   | paul.gale@troutmansanders.com |
| 2 | SIAVASH DANIEL RASHTIAN (SBN 228644) |
|   | daniel.rashtian@troutmansanders.com |
| 3 | THOMAS H. PROUTY (SBN 238950) |
|   | thomas.prouty@troutmansanders.com |
| 4 | TROUTMAN SANDERS LLP |
|   | 5 Park Plaza, Suite 1400 |
| 5 | Irvine, CA  92614-2545 |
|   | Telephone:  949.622.2700 |
| 6 | Facsimile:   949.622.2739 |
| 7 | JOHN R. GERSTEIN *(admitted pro hac vice)* |
|   | jack.gerstein@troutmansanders.com |
| 8 | TROUTMAN SANDERS LLP |
|   | 401 9th Street, N.W., Suite 1000 |
| 9 | Washington, D.C.  20004-2134 |
|   | Telephone:  202.274.2950 |
| 10 | Facsimile:   202.274.2994 |
| 11 | Attorneys for Defendants |
|    | NJOY, INC. and SOTERRA, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE<br><br>NJOY, INC. CONSUMER CLASS ACTION LITIGATION | Case No.  CV 14-00428-MMM (RZx) consolidated with SACV 14-00427-MMM (RZx)<br><br>Honorable Margaret M. Morrow<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THIRD CONSOLIDATED AMENDED COMPLAINT**<br><br>Date: March 23, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 780 |

24128797

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
THIRD CONSOLIDATED AMENDED COMPLAINT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT on March 23, 2015 at 10:00 a.m., or as

3  soon thereafter as counsel may be heard in Courtroom 780 of the above-entitled

4  Court located at 255 E. Temple St., Los Angeles, CA 90012, Defendants NJOY,

5  Inc. and Soterra, Inc. ("Defendants") will and hereby do move this Court for an

6  order dismissing the Third Consolidated Amended Complaint (Dkt. 82) ("TCAC"),

7  and each claim contained therein, filed by plaintiffs Ben Z. Halberstam, Eric

8  McGovern, and Kathryn Thomas (collectively, "Plaintiffs").

9      This Motion is made pursuant to Rules 8(a), 9(b) and 12(b)(6) of the Federal

10 Rules of Civil Procedure, and is based on the following grounds:

11 - The TCAC is subject to Rule 9(b)'s heightened pleading standards;
12   however, Plaintiff Halberstam fails to plead elements of his claim with
13   particularity;
14 - Plaintiffs' claims based on Defendants' affirmative statements fail as a
15   matter of law, because Defendants' advertisements do not make the
16   representations that Plaintiffs interpret them to make;
17 - Plaintiffs' claims based on Defendants' affirmative statements fail as a
18   matter of law, because the statements are generalized, non-specific and
19   subjective, and therefore are non-actionable;
20 - Plaintiffs' claims based on Defendants' affirmative statements also fail
21   as a matter of law under the "likely to mislead a reasonable consumer"
22   standard;
23 - Plaintiffs' claims based on Defendants' alleged nondisclosures fail
24   because Defendants did not have a duty to disclose any of the
25   allegedly omitted facts;
26 - Plaintiffs' claims based on Defendants' alleged nondisclosures fail
27   because Plaintiffs do not sufficiently allege that Defendants had

28

Troutman Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545

1  exclusive knowledge of whatever facts that Plaintiffs claim should
2  have been disclosed; and

3  - Plaintiffs' claims fail because Plaintiffs are barred from bringing lack
4  of substantiation claims.

5  This Motion is based upon this Notice of Motion and Motion, the
6  concurrently filed Memorandum of Points and Authorities, the Request for Judicial
7  Notice, the Declaration of Paul L. Gale and exhibits attached thereto, and all
8  pleadings and papers on file in this action and upon such other matters and
9  arguments as may be presented to the Court prior to and at the time of the hearing.
10 This Motion is made following the conference of counsel pursuant to Local
11 Rule 7-3, which took place on November 17, 2014.

13 Dated: December 10, 2014              Respectfully submitted,
14                                        TROUTMAN SANDERS LLP

16                                        By: */s/ Paul L. Gale*
17                                             Paul L. Gale

18                                        Attorneys for Defendants
                                          NJOY, INC. and SOTERRA, INC.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

24128797
- 2 -
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
THIRD CONSOLIDATED AMENDED COMPLAINT