PAUL L. GALE (SBN 065873)
paul.gale@troutmansanders.com
EDWARD S. KIM (SBN 192856)
edward.kim@troutmansanders.com
S. DANIEL RASHTIAN (SBN 228644)
daniel.rashtian@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

CLOSED

| JOHN R. GERSTEIN | LINDSEY B. MANN |
|---|---|
| *(admitted pro hac vice)* | *(admitted pro hac vice)* |
| jack.gerstein@troutmansanders.com | lindsey.mann@troutmansanders.com |
| TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP |
| 401 9th Street, N.W., Suite 1000 | 600 Peachtree Street, NE, Suite 5200 |
| Washington, D.C. 20004-2134 | Atlanta, GA 30308-2216 |
| Telephone: 202.274.2950 | Telephone: 404.885.2743 |
| Facsimile: 202.274.2994 | Facsimile: 404.962.6538 |

Attorneys for Defendants
NJOY, INC. and SOTERRA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE<br><br>NJOY, INC. CONSUMER CLASS ACTION LITIGATION | Case No. CV 14-00428-JFW (JEMx)<br>consolidated with SACV 14-00427-MMM (RZx)<br><br>HONORABLE JOHN F. WALTER<br><br>**JUDGMENT** |

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiffs' claims against Defendants NJOY, Inc. and Sottera, Inc. are dismissed with prejudice, including claims previously dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Nothing herein shall preclude either party from seeking costs of suit after Judgment is entered.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
HONORABLE JOHN F. WALTER
United States District Court Judge

28121152

- 1 -

JUDGMENT